**E-filed 1/22/07**

| | |
|---|---|
| 1 | DANA McRAE, State Bar No. 142231 |
| | County Counsel, County of Santa Cruz |
| 2 | JASON M. HEATH, State Bar No. 180501 |
| | Assistant County Counsel |
| 3 | 701 Ocean Street, Room 505 |
| | Santa Cruz, California 95060 |
| 4 | Telephone: (831) 454-2049 |
| | Fax: (831) 454-2115 |
| 5 | |
| | **Attorneys for Defendants County** |
| 6 | **of Santa Cruz and Steve Christensen** |
| 7 | KATE WELLS, State Bar No. 107051 |
| | 2600 Fresno Street |
| 8 | Santa Cruz, California 95062 |
| | Telephone: (831) 479-4475 |
| 9 | Facsimile: (831) 479-4476 |
| | Email: lioness@got.net |
| 10 | |
| | AARON LODGE, CSB #220670 |
| 11 | 1414 Soquel Avenue, Suite 212 |
| | Santa Cruz, Califorina 95062 |
| 12 | (831) 600-3030, FAX: (831) 603-4300 |
| | alodge@teachjustice.com |
| 13 | |
| 14 | **Attorneys for Plaintiff, LESLIE DOGHERRA** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

E-FILING  CASE

| LESLIE DOGHERRA, | Case No. C06-04309 JF |
|---|---|
| Plaintiff, | **JOINT CASE MANAGEMENT** |
| v. | **CONFERENCE STATEMENT** |
| | **AND NOTICE OF SETTLEMENT** |
| COUNTY OF SANTA CRUZ; STEVE | |
| CHRISTIANSEN, and DOES 1-100, | **Date:** January 26, 2007 |
| | **Time:** 10:30 a.m. |
| Defendants. | **Dept:** 3 |

---

Dogherra v. County of Santa Cruz, et al., Case No. C06-04309 JF        Joint Case Management Conference Statement
                                                                       And Notice Of Settlement

-1-

1  Defendants County of Santa Cruz and Steve Christensen and plaintiff Leslie Dogherra jointly
2  submit this Case Management Conference Statement and Notice of Settlement.
3  This case settled on January 17, 2007 at a Settlement Conference supervised by the Hon.
4  Patricia V. Trumbull.  The settlement was put on the record.  The parties expect to complete the
5  settlement documents in the very near future, after which plaintiff will dismiss this case with
6  prejudice.[1]
7  Because the case has settled, the parties request that the Court vacate the Case Management
8  Conference set for January 26, 2007 and so notify the parties.

10  Dated: January 18, 2007                            DANA McRAE, COUNTY COUNSEL

12                                                         By:  _____/s/_____
13                                                                JASON M. HEATH
                                                                  Assistant County Counsel
14                                                                **Attorneys for Defendant County of Santa**
                                                                  **Cruz and Steve Christensen**

17  Dated: January 18, 2007                            By:  _____/s/_____
18                                                                AARON LODGE
                                                                  **Attorney for Plaintiff Leslie Dogherra**

20  The Case Management Conference scheduled for January 26, 2007 is continued to February
    9, 2007, to be vacated upon filing of dismissal.   IT IS SO ORDERED.

22  1/19/07

                                                        Judge Jeremy Fogel, US District Court

---

[1] The parties wish to inform the Court that they were very pleased with, and are grateful for, the hard work put in by Magistrate Judge Trumbull to effectuate the settlement in this case.